# FORM 5.    INVOLUNTARY PETITION

| United States Bankruptcy Court<br>District of Delaware | INVOLUNTARY<br>PETITION |
|---|---|

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br><br>**ADVANCE NANOTECH, INC.** | ALL OTHER NAMES used by debtor in the last 6 years<br>(Including married, maiden, and trade names): |
| LAST FOUR DIGITS OF SOC. SEC. NO./Complete EIN or other TAX I.D. NO.<br>(If more than one, state all.) | |

| | |
|---|---|
| STREET ADDRESS OF DEBTOR (No. and street, city, state and zip code):<br><br>**400 RELLA BLVD.**<br>**SUITE 160**<br>**MONTEBELLO, NEW YORK**<br><br>Zip Code **10901**<br>COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br><br>ROCKLAND | MAILING ADDRESS OF DEBTOR (If different from street address) |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

☒ Chapter 7    ☐ Chapter 11

### INFORMATION REGARDING DEBTOR (Check applicable boxes)

| Petitioners believe:<br>☐ Debts are primarily consumer debts<br>☒ Debts are primarily business debts | TYPE OF DEBTOR<br>• Individual<br>• Partnership<br>☒ Corporation<br>• Clearing Bank<br>Other: | • Stockbroker<br>• Railroad<br>• Health Care Business<br>• Commodity Broker |
|---|---|---|

BRIEFLY DESCRIBE NATURE OF BUSINESS:  **Holding Company**

| VENUE | FILING FEE (Check One Box) |
|---|---|
| ☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br>• A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ☒ Full Filing Fee attached<br><br>☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached. |

### PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER
OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

## ALLEGATIONS
### (Check applicable boxes)

1. ☒ Petitioner(s) are eligible to file this petition pursuant to U.S.C.§ 303 (b).

2. ☒ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.

3.a. ☒ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute;

or

b. • Within 120 days preceding the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

Name of Debtor  Advance Nanotech, Inc._____

Case No._____
                                    (court use only)

| TRANSFER OF CLAIM |
|---|
| •  Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

| REQUEST FOR RELIEF |
|---|
| Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. |

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct to the best of their knowledge, information and belief.

X _Mllllll__
Signature of Petitioner or Representative (State title)

X _Naul M. Me_____ March 15, 2011
Signature of Attorney                    Date

__Alpha Capital Anstalt__  15th March , 2011
Name of Petitioner             Date Signed
Pradafant 7 9490
Furstentums
Vaduz Lichtenstein

Richard M. Beck, Esquire
Klehr Harrison Harvey Branzburg LLP
919 Market Street, Suite 1000
Wilmington, DE 19801
Address
(302) 426-1189_____
Telephone No.

---

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct to the best of their knowledge, information and belief.

X _____
Signature of Petitioner or Representative (State title)

X _____ March 15, 2011
Signature of Attorney                    Date

__Iroquois Master Fund, Ltd__  March , 2011
Name of Petitioner             Date Signed

Richard M. Beck, Esquire
Klehr Harrison Harvey Branzburg LLP
919 Market Street, Suite 1000
Wilmington, DE 19801
Address
(302) 426-1189_____
Telephone No.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct to the best of their knowledge, information and belief.

X _____
Signature of Petitioner or Representative (State title)

X _____ March 15, 2011
Signature of Attorney                    Date

__Harborview Master Fund, LP__  March , 2011
                              Date Signed

Richard M. Beck, Esquire
Klehr Harrison Harvey Branzburg LLP
919 Market Street, Suite 1000
Wilmington, DE 19801
Address
(302) 426-1189_____
Telephone No.

| PETITIONING CREDITORS | | |
|---|---|---|
| Name and Address of Petitioner<br>Alpha Capital Anstalt | Nature of Claim<br>Note | Amount of Claim<br>$525,000.00 |
| Name and Address of Petitioner<br>Iroquois Master Fund, Ltd. | Nature of Claim<br>Notes | Amount of Claim<br>$ 103,747.95 |
| Name and Address of Petitioner<br>Harborview Master Fund, LP | Nature of Claim<br>Note | Amount of Claim<br>$ 324,669.97 |
| Note:  If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of<br>Petitioners' Claims $953,417.92 |

_0_ continuation sheets attached

FORM 5

FORM 5
(6/92)

Name of Debtor Advance Nanotech, Inc.
Case No. _____
(court use only)

**TRANSFER OF CLAIM**

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct to the best of their knowledge, information and belief.

X_____
Signature of Petitioner or Representative (State title)

Alpha Capital Anstalt _____ March , 2011
Name of Petitioner _____ Date Signed

X_____ March 15, 2011
Signature of Attorney _____ Date

Richard M. Beck, Esquire
Klehr Harrison Harvey Branzburg LLP
919 Market Street, Suite 1000
Wilmington, DE 19801
Address
(302) 426-1189
Telephone No.

---

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct to the best of their knowledge, information and belief.

X _____
Signature of Petitioner or Representative (State title)

Iroquois Master Fund, Ltd _____ March 15, 2011
Name of Petitioner _____ Date Signed

641 Lexington Ave. 26th Floor
New York, NY 10022

X _____ March 15, 2011
Signature of Attorney _____ Date

Richard M. Beck, Esquire
Klehr Harrison Harvey Branzburg LLP
919 Market Street, Suite 1000
Wilmington, DE 19801
Address
(302) 426-1189
Telephone No.

---

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct to the best of their knowledge, information and belief.

X_____
Signature of Petitioner or Representative (State title)

Harborview Master Fund, LP ____ March , 2011
_____ Date Signed

X_____ March 15, 2011
Signature of Attorney _____ Date

Richard M. Beck, Esquire
Klehr Harrison Harvey Branzburg LLP
919 Market Street, Suite 1000
Wilmington, DE 19801
Address
(302) 426-1189
Telephone No.

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Alpha Capital Anstalt | Note | $525,000.00 |
| Iroquois Master Fund, Ltd. | Notes | $ 103,747.95 |
| Harborview Master Fund, LP | Note | $ 324,669.97 |

| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature to the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims $953,417.92 |
|---|---|

0 continuation sheets attached

FORM 5

PHIL1 1420128-1

**TRANSFER OF CLAIM**

Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct to the best of their knowledge, information and belief.

X_____
Signature of Petitioner or Representative (State title)

Alpha Capital Anstalt          March    , 2011
Name of Petitioner              Date Signed

X_____ March 15, 2011
Signature of Attorney                Date

Richard M. Beck, Esquire
Klehr Harrison Harvey Branzburg LLP
919 Market Street, Suite 1000
Wilmington, DE 19801
Address
(302) 426-1189
Telephone No.

---

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct to the best of their knowledge, information and belief.

X_____
Signature of Petitioner or Representative (State title)

Iroquois Master Fund, Ltd       March    , 2011
Name of Petitioner              Date Signed

X_____ March 15, 2011
Signature of Attorney                Date

Richard M. Beck, Esquire
Klehr Harrison Harvey Branzburg LLP
919 Market Street, Suite 1000
Wilmington, DE 19801
Address
(302) 426-1189
Telephone No.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct to the best of their knowledge, information and belief.

X_____
Signature of Petitioner or Representative (State title)
Navigator Management Ltd
Authorized Signatory
Harborview Master Fund, LP    March    , 2011
850 Third Ave, Suite 1801       Date Signed
New York, NY 10022

X_____ March 15, 2011
Signature of Attorney                Date

Richard M. Beck, Esquire
Klehr Harrison Harvey Branzburg LLP
919 Market Street, Suite 1000
Wilmington, DE 19801
Address
(302) 426-1189
Telephone No.

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Alpha Capital Anstalt | Note | $525,000.00 |
| Iroquois Master Fund, Ltd. | Notes | $ 103,747.95 |
| Harborview Master Fund, LP | Note | $ 324,669.97 |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims $953,417.92

0 continuation sheets attached

FORM 5