# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) |
|  | ) |
|  | )  Case No. 11-10776 (MFW) |
| ADVANCE NANOTECH, INC. | ) |
|  | ) |
| Debtor. | )  Chapter 7 |
|  | ) |
|  | ) |

## CERTIFICATE OF NO OBJECTION REGARDING DOCKET NO. 4

The undersigned hereby certifies that, as of the date hereof, she has received no answer, objection or other responsive pleading to the *Amended Involuntary Petition* (the "Petition;" D.I. 4) filed on March 16, 2011 and served on March 24, 2011. The undersigned further certifies that she has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Petition appears thereon.

It is hereby respectfully requested that the Order attached hereto as Exhibit A be entered at the earliest convenience of the Court.

Dated: April 15, 2011

KLEHR HARRISON HARVEY
BRANZBURG LLP

By: ___/s/ Margaret M. Manning___
Richard M. Beck (DE Bar No. 3370)
Margaret M. Manning (DE Bar No. 4183)
919 Market Street, Suite 1000
Wilmington, DE 19801

*Counsel for Alpha Capital Anstalt,*
*Harborview Master Fund, LP, Iroquois*
*Master Fund, Ltd.*