# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Case No. 11-10776 (MFW) |
| ADVANCE NANOTECH, INC. | ) |
| | ) |
| Debtor. | ) Chapter 7 |
| | ) |

## ORDER FOR RELIEF IN AN INVOLUNTARY CASE

On consideration of the petition filed on March 16, 2011 against the above-named debtor, an order for relief under Chapter 7 of the Bankruptcy Code (title 11 of the United States Code) is granted.

SO ORDERED this 18th day of April, 2011.

_____
The Honorable Mary F. Walrath
United States Bankruptcy Court Judge

PHIL1 1470453-1