# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | ADVANCE NANOTECH, INC. | | |
| **Case Number:** | 11-10776-MFW | **Chapter:** | 7 |
| **Date / Time / Room:** | WEDNESDAY, NOVEMBER 12, 2014 02:00 PM   CRT#4, 5TH FL. | | |
| **Bankruptcy Judge:** | MARY F. WALRATH | | |
| **Courtroom Clerk:** | LAURIE CAPP | | |
| **Reporter / ECR:** | BRANDON MCCARTHY | | |

## *Matter:*

Fees

**R / M #:**   130 / 0

## *Appearances:*

See attached sign-in sheet

## *Proceedings:*

Agenda Matters:
- Item 1 - Order entered under CNO
- Item 2 - Order entered