IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| ADVANCE NANOTECH, INC., | Case No. 11-10776 (MFW) |
| Debtor. | Related to Docket No. 134 |

**ORDER GRANTING FIRST AND FINAL APPLICATION OF THE LAW FIRM OF DAVID J. MARGULES AND BALLARD SPAHR LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS SPECIAL LITIGATION COUNSEL TO JEOFFREY L. BURTCH, CHAPTER 7 TRUSTEE FOR THE PERIOD FROM MAY 1, 2014 THROUGH JULY 31, 2014**

Before the Court is the Final Application of the Law Firm of David J. Margules and Ballard Spahr LLP for Compensation for Services Rendered and Reimbursement of Expenses as Special Litigation Counsel to Jeoffrey L. Burtch, Chapter 7 Trustee for the Period from May 1, 2014 Through July 31, 2014 (the "Final Application")[1]

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and § 157(b)(2).

2. Proper notice of the Final Application has been provided by the Trustee.

3. The Court finds that the legal and factual bases for the Final Application have been established and that the compensation and reimbursement of expenses described in the Final Application are necessary, fair and reasonable.

4. The Final Application is **GRANTED**. Any objections not made to the Final Application are waived. Any objections made to the Final Application are overruled with prejudice.

---

[1] Capitalized terms used herein shall have the meanings ascribed to them in the Application.

5. The Trustee is authorized and directed to pay the Law Firm of David J. Margules and Ballard Spahr LLP final compensation in the amount of $5,075.00 for the Law Firm of David J. Margules and $34,854.50 for Ballard Spahr LLP and reimbursement of costs and expenses to Ballard Spahr LLP in the sum of $179.63.

6. Fees and expenses are subject to disgorgement pending approval of the Trustee Final Report.

7. Notwithstanding any applicability of Fed. R. Bankr. P. 6004(h), this Order shall be immediately effective and enforceable upon its entry.

Dated: Dec. 17, 2014

THE HONORABLE MARY F. WALRATH
United States Bankruptcy Court Judge